

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00439-CV

| | | |
|---|---|---|
| HALFF ASSOCIATES, INC., Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CV23-2017) |
| V. | § | May 29, 2025 |
| JACOB & MARTIN, LLC, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Jacob & Martin, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach